UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Case No. 11-cr-00110-WYD

UNITED STATES OF AMERICA,

 Plaintiff,

v.

1.  SERGIO DE LUCIO-OLVERA,

 Defendant.

## ORDER

 This matter is before the Court upon a review of the file.  To ensure that all pretrial phases of the case are complete before the commencement of the jury trial, it is

 ORDERED that all pretrial motions shall be filed by **Wednesday, April 27, 2011,** and responses to these motions shall be filed by **Friday, May 6, 2011.**  It is

 FURTHER ORDERED that a 3-day jury trial is set to commence **Monday, May 23, 2011, at 9:00 a.m. in courtroom A-1002.**  Finally, it is

 ORDERED that the parties shall promptly contact the Court if a hearing on motions and/or final trial preparation conference needs to be set.

 Dated this 23rd day of March, 2011.

          BY THE COURT:

          s/ Wiley Y. Daniel
          WILEY Y. DANIEL
          CHIEF U. S. DISTRICT JUDGE