UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 11-cr-00110-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  SERGIO DE LUCIO-OLVERA,

      Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

      A Notice of Disposition was received in the above captioned matter on May 5, 2011.  Accordingly, the 3-day jury trial set to commence on Monday, May 23, 2011, at 9:00 a.m. is **VACATED.**  A Change of Plea Hearing is **SET** for **Tuesday, August 30, 2011, at 10:00 a.m.** in Courtroom A-1002.

      **Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than 72 HOURS before the hearing date.**  If the documents are not timely submitted, the hearing will be vacated.  There will be no exceptions to this policy.

      Dated: May 6, 2011.