**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE WILEY Y. DANIEL**

| | | | |
|---|---|---|---|
| Date: | November 22, 2011 | Probation: | Gary Kruck |
| Courtroom Deputy: | Robert R. Keech | Interpreter: | Cathy Bahr |
| E.C.R./Reporter: | Therese Lindblom | | |

Criminal Case No:  **11-cr-00110-WYD**          Counsel:

UNITED STATES OF AMERICA,                Hayley E. Reynolds

      Plaintiff,

v.

**1.  SERGIO DeLUCIO-OLIVERA**,              Matthew K. Belcher

      Defendant.

## SENTENCING

**2:37 p.m.**     Court in Session - Defendant present (in-custody)

    **Change of Plea Hearing - Tuesday, August 30, 2011, at 10:00 a.m.
    Plea of Guilty - one-count Indictment**

    APPEARANCES OF COUNSEL.

    Interpreter sworn (Spanish).

    Court's opening remarks.

2:41 p.m.     Statement and argument on behalf of Defendant (Mr. Belcher).

2:44 p.m.     Statement and argument on behalf of Government (Ms. Reynolds).

2:46 p.m.     Statement on behalf of Probation (Mr. Kruck).

2:48 p.m.     Statement by Defendant on his own behalf (Mr. DeLucio-Olivera).

      Court makes findings.

**ORDERED:** Defendant's Motion for Downward Sentencing Variance (ECF Doc. #23), filed November 8, 2011, is **DENIED.**

**ORDERED:** Government's Motion for Decrease for Acceptance of Responsibility (ECF Doc. #22), filed November 7, 2011, is **GRANTED.**

      Order is **APPROVED BY THE COURT.**

**ORDERED:** Defendant be **imprisoned** for **30** months.

**ORDERED:** No term of supervised release is imposed.  The defendant is advised that if he enters or remains in the United States illegally, possesses a firearm or illegally possesses a controlled substance, he may be subject to further federal prosecution.

**ORDERED:** Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment) to be paid immediately.

**ORDERED:** **No fine** is imposed because defendant has no ability to pay a fine, cost of incarceration or supervision.

**ORDERED:** Defendant advised of right to appeal the sentence imposed by the Court.  Any notice of appeal must be filed within fourteen (14) days.  Defendant advised of right to appeal in forma pauperis.

**ORDERED:** Defendant is **REMANDED** to the custody of the U.S. Marshal.

**2:57 p.m.** Court in Recess - HEARING CONCLUDED.

**TOTAL TIME:   :20**